

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11cr3924-GT |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE SENTENCING HEARING** |
| MIGUEL MEZA-HERNANDEZ, | |
| Defendant. | |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the Friday, December 2, 2011, sentencing hearing be continued to Monday, January 30, 2012, at 9:30 a.m. The Court finds that time is excludable under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: 11-29-11

GORDON THOMPSON
UNITED STATES DISTRICT COURT JUDGE